UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>FRANCISCO ALCAZAR,<br>　　　　Defendant. | No. CR 06-00095-JF<br>**ORDER RE: RESPONSE TO MOTION FOR RETURN OF CASH SURRENDER** |

On March 4, 2013, Petitioner Francisco Alcazar filed a Motion for Return of Cash Surrender of Petitioner. ECF No. 158. Assistant United States Attorney Thomas O'Connell and Robert William Lyons, Counsel for Defendant Francisco Alcazar at sentencing, shall respond by April 2, 2013, to Petitioner's Motion.

The undersigned judge is Duty Judge for the month of March 2013, but will not be Duty Judge for the month of April 2013. Nonetheless, the undersigned judge will rule on Petitioner's Motion.

**IT IS SO ORDERED**.

Dated: March 11, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge